

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2016

No. 04-16-00204-CR

David **TORRES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-11-25-CR-B
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

Extension of time to file the court reporter's record is this date granted. Time is extended to July15, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court